Eshag KAHEN; et al., Plaintiffs–
Appellants,

v.

**CALIFORNIA COURT OF
APPEAL, Defendant,**

and

**Farmers Insurance Exchange; et
al., Defendants–Appellees.**

No. 03–55970.

D.C. No. CV–02–08367–AHM.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 26, 2004.

Martin Reiner, Law Offices of Martin Reiner, Beverly Hills, CA, for Plaintiffs–Appellants.

Calvin E. Davis, Davis & Fox, Los Angeles, CA, for Defendants–Appellees.

Before FERNANDEZ, W. FLETCHER, and TALLMAN, Circuit Judges.

MEMORANDUM**

Eshag Kahen and Eskander Kahen appeal the district court's dismissal for lack of subject matter jurisdiction of their action seeking injunctive relief against a state appellate court. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the jurisdictional dismissal under the *Rooker–Feldman* doctrine. *Noel v. Hall*, 341 F.3d 1148, 1154 (9th Cir.2003). We affirm.

Because the Kahens seek relief from a pending state court proceeding, the district court properly dismissed their action pursuant to the *Rooker–Feldman* doctrine. *See id.* at 1163.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.